IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 NOV 13  AM 10: 59
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| STOCKFOOD AMERICA, INC., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL NO. 1:20-CV-873-LY |
| § | |
| DIXIECIGS LLC DBA NEW FREEDOM § | |
| VAPOR AND DORIS LANETTE § | |
| YOAKLEY, § | |
| DEFENDANTS. § | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. Plaintiff's Notice of Voluntary Dismissal (Doc. #13), seeking dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), was filed November 10, 2020.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this __13th__ day of November, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE